Daniel G. Bogden
  United States Attorney, District of Nevada
Kathryn C. Newman
Andrew Duncan
  Assistant United States Attorneys
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada  89101
702-388-6336

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff<br><br>vs.<br><br>**[3] URBAN CASAVANT,**<br><br>Defendant | **Case No. 2:09-CR-132-JAD-GWF**<br><br>**MOTION TO DISMISS DEFENDANT URBAN CASAVANT** |

THE UNITED STATES OF AMERICA, by the United States Attorney and undersigned Assistant United States Attorneys, hereby files its Motion to Dismiss Defendant Urban Casavant under Rule 48(a). Defendant Urban Casavant died on February 14, 2014 in Saskatoon, Saskatchewan, Canada.  At this time, the United States moves to dismiss the charges pending against him in the above captioned matter.

RESPECTFULLY SUBMITTED this 14th day of July 2014.

Daniel G. Bogden
United States Attorney
District of Nevada

_____/s/_____.
Kathryn C. Newman
Assistant United States Attorney

**IT IS SO ORDERED.**
  Dated:  July 17, 2014.

_____
United States District Judge